■ ALEDA PANNULLO et al., Respondents, v FRANK STARO, Appellant, et al., Defendant.—In a medical malpractice action, the defendant Staro appeals from an order of the Supreme

Court, Suffolk County (Stark, J.), dated December 21, 1984, which denied his motion for leave to reargue a prior motion.

Appeal dismissed, with costs.

No appeal lies from an order denying a motion for reargument (see, Munz v La Guardia Hosp., 109 AD2d 731). Mangano, J. P., Gibbons, Weinstein, Eiber and Spatt, JJ., concur.